APRIL S. GLATT (SBN 185708)
KENNETH M. WEINFIELD (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  april@chauvellaw.com
EMAIL:  ken@chauvellaw.com

Attorneys for Plaintiff International Freight Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FREIGHT SERVICES, INC., a California corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>GREEN WORLDWIDE SHIPPING, LLC, a Georgia limited liability company; MARY THOMPSON, an individual; FELICIA ADDISON, an individual; NATIVIDAD JUNI, an individual; and DANIEL C. MCCARTHY, an individual,<br><br>                              Defendants. | Case No. 21-cv-07069 YGR<br><br>ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION [PROPOSED]<br><br>DATE:  November 3, 2021<br>TIME:   1:00 p.m.<br>JUDGE:  Hon. Yvonne Gonzalez Rogers<br>COURTROOM:  1, Fourth Floor<br>LOCATION:  1301 Clay Street, Oakland, CA |

WHEREAS, a Temporary Restraining Order and Order to Show Cause Re: Preliminary

Injunction ("TRO and OSC") was entered in this matter on October 20, 2021; and

WHEREAS, after entry of the TRO and OSC the parties have reached agreement on measures

which extend and supplement its terms;

NOW, THEREFORE, plaintiff International Freight Services, Inc. and defendants Green

Worldwide Shipping, LLC, Mary Thompson, Felicia Addison, Natividad Juni and Daniel C. McCarthy,

1

STIPULATED PRELIMINARY INJUNCTION [PROPOSED]

by and through their respective counsel, hereby stipulate that during the pendency of this action, defendants Green Worldwide Shipping, LLC, Mary Thompson, Felicia Addison, Natividad Juni and Daniel C. McCarthy, along with those acting in concert with them, shall be enjoined and restrained from engaging in any of the following acts:

1. Soliciting, contacting or attempting to contact persons or entities which were customers of plaintiff at any time between 2012 and August 1, 2021, other than those set forth on Exhibit A hereto;

2. Making any use or disclosure of any information obtained from plaintiff (apart from information pertaining to the entities set forth on Exhibit A hereto), including but not limited to the identities of plaintiff's customers or the latter's key personnel, contact information and particular needs;

3. Continuing to do business with any persons or entities which were customers of plaintiff at any time between 2012 and August 1, 2021, other than those set forth on Exhibit A hereto;

4. Communicating to any persons or entities that you are authorized to conduct business on behalf of any persons or entities which were customers of plaintiff at any time between 2012 and August 1, 2021, other than those set forth on Exhibit A hereto; and

5. Otherwise using or disclosing plaintiff's customer data.

IT IS FURTHER STIPULATED that, no later than Friday, October 29, 2021, defendants shall provide to plaintiff's counsel a list of all couriers (e.g., FedEx, UPS) and overseas agents with whom they have altered any customs broker designations (import or export) on behalf of plaintiff's customers, apart from those set forth on Exhibit A hereto, along with the identities of the customers affected as well as the details of any shipments involving such customers which may have been impacted by defendants' actions.

STIPULATED PRELIMINARY INJUNCTION [PROPOSED]

1
2
3
4          IT IS FURTHER STIPULATED that, no later than Wednesday, November 3, 2021, defendants

and those acting in concert with them shall account for and return to plaintiff any and all of plaintiff's

property in their possession or control, including its confidential, proprietary and trade secret

5    information, whether or not contained in defendants' notebooks, documents, digital files, cloud storage,

6    email, media and/or other materials.

7          IT IS FURTHER STIPULATED that, in the event defendants are henceforward contacted by
8
9    any of plaintiff's customers (aside from those set forth in Exhibit A hereto), they shall promptly refer

10   such customers back to plaintiff for handling their shipping needs.

11         IT IS FURTHER STIPULATED that this stipulated preliminary injunction shall issue without
12
13   the necessity of a bond.

14         IT IS FURTHER STIPULATED that the November 3, 2021 hearing date set in the TRO and
15
16   OSC shall be vacated, along with the associated briefing schedule.

17   Dated: October 26, 2021                   CHAUVEL & GLATT, LLP

18                                                          /s/
19                                             By: _____
20                                                     Kenneth M. Weinfield
                                                       Attorneys for Plaintiff International Freight Services, Inc.
21

22

23   Dated: October 26, 2021                   BURNHAM BROWN

24                                                          /s/
                                               By: _____
25                                                     Raymond Greene III
26                                                     Attorneys for Defendants Green Worldwide Shipping, LLC,
                                                       Mary Thompson, Felicia Addison, Natividad Juni and
27                                                     Daniel C. McCarthy

28

29

30

31

STIPULATED PRELIMINARY INJUNCTION [PROPOSED]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that during the pendency of this action, defendants Green Worldwide Shipping, LLC, Mary Thompson, Felicia Addison, Natividad Juni and Daniel C. McCarthy, along with those acting in concert with them, are hereby enjoined and restrained from engaging in any of the following acts:

1. Soliciting, contacting or attempting to contact persons or entities which were customers of plaintiff at any time between 2012 and August 1, 2021, other than those set forth on Exhibit A hereto;

2. Making any use or disclosure of any information obtained from plaintiff (apart from information pertaining to the entities set forth on Exhibit A hereto), including but not limited to the identities of plaintiff's customers or the latter's key personnel, contact information and particular needs;

3. Continuing to do business with any persons or entities which were customers of plaintiff at any time between 2012 and August 1, 2021, other than those set forth on Exhibit A hereto;

4. Communicating to any persons or entities that you are authorized to conduct business on behalf of any persons or entities which were customers of plaintiff at any time between 2012 and August 1, 2021, other than those set forth on Exhibit A hereto; and

5. Otherwise using or disclosing plaintiff's customer data.

IT IS FURTHER ORDERED that, no later than Friday, October 29, 2021, defendants shall provide to plaintiff's counsel a list of all couriers (e.g., FedEx, UPS) and overseas agents with whom they have altered any customs broker designations (import or export) on behalf of plaintiff's customers, apart from those set forth in Exhibit A hereto, along with the identities of the customers affected as well as the details of any shipments involving such customers which may have been impacted by defendants' actions.

STIPULATED PRELIMINARY INJUNCTION [PROPOSED]

IT IS FURTHER ORDERED that, no later than Wednesday, November 3, 2021, defendants and those acting in concert with them account for and return to plaintiff any and all of plaintiff's property in their possession or control, including its confidential, proprietary and trade secret information, whether or not contained in defendants' notebooks, documents, digital files, cloud storage, email, media and/or other materials.

IT IS FURTHER ORDERED that, in the event defendants are henceforward contacted by any of plaintiff's customers (aside from those set forth in Exhibit A hereto), they shall promptly refer such customers back to plaintiff for handling their shipping needs.

IT IS FURTHER ORDERED that this stipulated preliminary injunction shall issue without the necessity of a bond.

IT IS FURTHER ORDERED that the November 3, 2021 hearing date set in the TRO and OSC shall be vacated, along with the associated briefing schedule.

DATED:  October _27_, 2021

 

 

_____
Yvonne González Rogers
UNITED STATES DISTRICT JUDGE

.

STIPULATED PRELIMINARY INJUNCTION [PROPOSED]

# EXHIBIT A

1: Cadence

2:  Cinde K Dolphin dba Kili Carrier

3:  CRU Dataport

4:  Gilbane Federal

5: Glass Coating Technology

6:  Legacy Transportation

7:  Mgwino Holdings LLC DBA Amedeo

8:  Packing Arts, Inc dba Affinity Creative Group

9:  Ralph's-pugh Co, Inc

10:  Restoration Hardware

11:  S3S USA LLC

12:  Sonim Technologies

13:  SRS Global Reach

14:  The Hoover Institution

STIPULATED PRELIMINARY INJUNCTION [PROPOSED]